UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RENEE WILLARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No.: 1:14-cv-760--BAM <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 20, 2014, the Court held a telephonic status conference to discuss the assignment of the underlying action to a Sacramento District Judge. Without prior approval from the Court, Plaintiffs and their Counsel failed to appear. On August 21, 2014, this Court issued an order requiring Plaintiffs' Counsel to show cause why she failed to participate in the status conference and why sanctions should not issue for Plaintiffs' failure to comply with the Court's order. (Doc. 8).

On August 26, 2014, Counsel Dorinda Jo Myers filed a declaration apologizing to the Court for failing to appear at the status conference. (Doc. 10). Counsel Myers explained that she was new to federal court, and she was unable to access the electronic docket due to various technical issues. (Doc. 10). As a consequence, she was unaware of the telephonic status conference. Counsel reassures the Court that the problem has been resolved, that such errors will not happen again, and that she takes full

responsibility for her actions. Therefore, the Court's Order to Show cause issued on August 21, 2014, is HEREBY DISCHARGED and no further sanctions will be imposed.

IT IS SO ORDERED.

    Dated: __August 29, 2014__        /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE