1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   KRISTA RENEE WILLARD, *et al*.,          ) Case No.: 1:14-cv-760--BAM
                                              )
12              Plaintiffs,                    ) **ORDER SETTING STATUS CONFERENCE**
                                              )
13        v.                                   )
                                              )
14   CALIFORNIA DEPARTMENT OF                  )
     CORRECTIONS, *et al.*,                    )
15                                             )
                                              )
16              Defendants.                    )
                                              )
17   _____ )

18        In light of this case being selected for assignment to a Sacramento District Judge, this Court

19   SETS the Status Conference for **September 23, 2014 at 9:30 AM** before Judge McAuliffe. The

20   parties may appear at the conference by arranging a one line conference call and telephoning chambers

21   at 559-499-5789. At the conference, the Court will discuss procedures in light of the Sacramento

22   designation and will address consent to Magistrate Judge jurisdiction.

23        Counsel for Plaintiff is **DIRECTED** to serve a copy of this Order on all named defendants.

24

25   IT IS SO ORDERED.

26
        Dated:   **August 29, 2014**              /s/ *Barbara A. McAuliffe*
27                                                UNITED STATES MAGISTRATE JUDGE

28

                                              1