1  KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2  RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
3  DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
4    300 South Spring Street, Suite 1702
   Los Angeles, CA  90013
5    Telephone:  (213) 897-6334
   Fax:  (213) 897-7604
6    E-mail:  David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
7  *California Department of Corrections and*
*Rehabilitation, Gipson, and Stainer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| KRISTA RENEE WILLARD, and as successor in interest on behalf of THE ESTATE OF DOUGLAS EUGENE WILLARD,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | 1:14-CV-00760-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**; **ORDER THEREON** |
|---|---|

   The parties stipulate to an extension of time to October 10, 2014, for Defendants to respond to Plaintiff's complaint.  Currently, Defendants' response is due on September 11, 2014. Defendants' counsel requires additional to obtain records necessary to prepare a proper response. In addition, the requested extension will permit Plaintiff to serve Defendants Diaz and Perez, so that all Defendants can appear in the initial response to the complaint.

/ / /

/ / /

/ / /

1

Dated:  September 8, 2014.          /s/ *Dorinda J. Myers*
_____
DORINDA J. MYERS
Attorney for Plaintiffs,
*KRISTA RENEE WILLARD, and as successor in interest on behalf of THE ESTATE OF DOUGLAS EUGENE WILLARD*

Dated:  September 8, 2014          /s/ *David A. Carrasco*
_____
DAVID A. CARRASCO
Attorney for Defendants
*California Department of Corrections and Rehabilitation, Gipson, and Stainer*

**ORDER**

Having reviewed the stipulation of the parties, and good cause showing, Defendants' shall have until October 10, 2014, to file a response to the complaint.

IT IS FURTHER ORDERED that the Status Conference currently set for September 23, 2014 is CONTINUED to November 17, 2014, at 9:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **September 15, 2014**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2