DORINDA J. MYERS, SBN 257503
MYERS LAW OFFICE
77-530 ENFIELD LANE, SUITE H-1
PALM DESERT, CA 92211
TELEPHONE 760-200-0749
FACSIMILE  760-200-4953

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RENEE WILLARD, et al, | Case No.: 1:14-CV-760--BAM |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT POST DISCOVERY RESPONSES** |
| MICHAEL STAINER, et al., | |
| Defendants. | (Doc. 45) |

The parties have stipulated and agree good cause exists to allow Plaintiffs additional time to file their Third Amended Complaint.

On proof made to the satisfaction of the Court, and it appearing that there is good cause therefore, IT IS ORDERED THAT:

Plaintiffs are granted leave to file a Third Amended Complaint on or before November 5, 2015.  Pursuant to Federal Rule of Civil Procedure, Rule 15(a)(3), Defendants Diaz, Gipson,

1

Perez, and Stainer's deadline to respond to Plaintiffs' Third Amended Complaint is fourteen days from the filing of the Third Amended Complaint.

IT IS SO ORDERED.

    Dated: __October 19, 2015__          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE