IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KRISTA RENEE WILLARD, et al.,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL STAINER, et al.,<br><br>　　　　　　　　　　　　　Defendants. | 1:14-CV-00760-BAM<br><br>**ORDER EXTENDING TIME FOR RESPONSE TO THIRD AMENDED COMPLAINT**<br><br>Action Filed:  May 20, 2014<br><br>**ORDER SETTING A MANDATORY SCHEDULING CONFERENCE** |

　　　Having reviewed the stipulation of the parties, and good cause showing, the time for Defendants Diaz, Gipson, Perez, and Stainer to respond to the third amended complaint, shall be extended until the time that the response to the third amended complaint is due from the five new Defendants in this action—Fields, Lockhart, Rojas, Rollins, and Valdez to respond to the third amended complaint is due fourteen days from the filing of the third amended complaint or on or before November 19, 2015.

　　　IT IS FURTHER ORDERED that a Mandatory Scheduling Conference is set for **February 18, 2016 at 9:00 AM** in Courtroom 8 before Judge McAuliffe.  **A JOINT Scheduling Conference Report**, carefully prepared and executed by all counsel, shall be electronically filed

in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov.

**IT IS SO ORDERED.**

Dated:   **November 13, 2015**          /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE