# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RENEE WILLARD, *et al*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al*,<br><br>Defendants. | Case No.: 1:14-cv-760-BAM<br><br>**SECOND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED INCLUDING DISMISSAL**<br><br>**ORDER SETTING SHOW CAUSE HEARING**<br><br>**HEARING: Thursday, March 3, 2016 at 2:00PM in Dept. 8** |

**TO PLAINTIFFS AND THEIR COUNSEL DORINDA JO MYERS:**

On November 13, 2015, this Court issued an order setting a Mandatory Scheduling Conference for February 18, 2016. Plaintiffs and their Counsel Dorinda Jo Myers failed to comply with the Court's order, and did not appear at the Mandatory Scheduling Conference set for February 18, 2016 in Courtroom 8 before Judge Barbara A. McAuliffe or participate in the preparation of the Joint Report. (Doc. 51).   Nor was such appearance excused by the Court.  Without Plaintiffs' appearance, the scheduling conference could not proceed.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order);

*Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiffs and their counsel Dorinda Myers are **ORDERED TO SHOW CAUSE**, **in writing**, no later than **February 25, 2016**, why they failed to participate in these proceedings and obey the orders of this Court and why sanctions, up to an including terminating sanctions, should not be imposed for their failure to participate in the preparation of the Joint Report and for their failure to appear at the Court's scheduling conference.

The Court also **SETS** a Show Cause Hearing for **March 3, 2016 at 2:00 PM** in Courtroom 8 (BAM) before United States Magistrate Judge Barbara A. McAuliffe. Defendant may appear at the show cause hearing by telephone.

**Plaintiffs are further put on notice that failure to timely respond to and appear at this Order to Show Cause <u>will result</u> in the imposition of sanctions, including dismissal of this action.**

IT IS SO ORDERED.

Dated: **February 18, 2016**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE